United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-25-1161 |
| | § | |
| FIRST STREET HOLDINGS, LTD., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER OF DISMISSAL**

On the plaintiff's notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims

against the defendant are dismissed with prejudice. (Docket Entry No. 12).

SIGNED on June 25, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

1